# IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF GEORGIA ATLANTA DIVISION

| | | |
|---|---|---|
| ANQOUS COSBY, | * | |
| | * | |
| Plaintiff/Counterclaim Defendant, | * * | |
| | * | |
| v. | * | 1:22-CV-03449-ELR |
| | * | |
| STATE FARM FIRE AND CASUALTY COMPANY, | * * | |
| | * | |
| Defendant/Counterclaim Plaintiff. | * * | |
| | * | |

## SCHEDULING ORDER

Upon review of the information contained in the Joint Preliminary Report and Discovery Plan form completed and filed by the Parties [Doc. 12], the Court orders that the time limits for adding parties, amending the pleadings, filing motions, completing discovery, and discussing settlement are as set out in the Federal Rules of Civil Procedure and Local Rules of this Court. As such, this case remains on a four (4)-month discovery track, to conclude on February 27, 2023.

**SO ORDERED**, this 8th day of November, 2022.

Eleanor L. Ross
United States District Judge
Northern District of Georgia