

Returned mail envelope. Postmark: ATLANTA METRO, 8 NOV 2022 PM 8 L. US POSTAGE PITNEY BOWES, ZIP 30303, $000.57, 0001383857 NOV 08 2022.

USPS label: "RETURN TO SENDER / NOT DELIVERABLE AS ADDRESSED / UNABLE TO FORWARD / BC: 30303530999 *3024-00739-08-44" NIXIE 300 FE 1 0001 11/16/22

Addressed to: U.S. Marshals ..., Atlanta, GA 3...

Stamps: "CLEARED ..." / "JAN 23 2023" / "RECEIVED IN CLERK'S OFFICE U.S.D.C. - Atlanta, JAN 23 2023, KEVIN P. ..., Clerk, By: Deputy Clerk" with "ELR" initials.

3012282355 C006

Anqous  Cosby
2973 Skyview Dr.
Lithia Springs, GA 30122

---

*************** ATTENTION ***************

Attorney Registration for Electronic Case Filing (ECF)

Electronic Filing became mandatory for all attorneys effective July 15, 2005. If you are a bar member in good standing with the Northern District of Georgia or an attorney admitted pro hac vice, visit our website at http://www.gand.uscourts.gov for information on obtaining ECF access.

## Other Orders/Judgments
1:22-cv-03449-ELR Cosby v. State Farm Fire and Casualty Company

4months,ELRLC4,SUBMDJ

## U.S. District Court

### Northern District of Georgia

## Notice of Electronic Filing

The following transaction was entered on 11/8/2022 at 11:46 AM EST and filed on 11/8/2022
**Case Name:** Cosby v. State Farm Fire and Casualty Company
**Case Number:** 1:22-cv-03449-ELR
**Filer:**
**Document Number:** 13

**Docket Text:**
**SCHEDULING ORDER: re:[12] Joint Preliminary Report and Discovery Plan. Discovery ends on 2/27/2023. Signed by Judge Eleanor L. Ross on 11/8/2022. (nmb)**

**1:22-cv-03449-ELR Notice has been electronically mailed to:**

Thomas W. Curvin     tomcurvin@eversheds-sutherland.com, sue-mcqueen-2008@ecf.pacerpro.com, suemcqueen@eversheds-sutherland.com, tom-curvin-9395@ecf.pacerpro.com

Valerie Strong Sanders     valeriesanders@eversheds-sutherland.com, valerie-sanders-0171@ecf.pacerpro.com

**1:22-cv-03449-ELR Notice has been delivered by other means to:**

Anqous Cosby
2973 Skyview Dr.
Lithia Springs, GA 30122

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1060868753 [Date=11/8/2022] [FileNumber=12889164-0] [112cf5de6c87abd0848c1f8b75e5374267fb73b2d843eb5baaf233b6eb5d8c721b c7d76ae3454f652414e3e3574d79e4725546cf8831166e368ba6fef12c5c2f]]

# IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF GEORGIA ATLANTA DIVISION

| | |
|---|---|
| ANQOUS COSBY, | * |
| | * |
| Plaintiff/Counterclaim Defendant, | * |
| | * |
| v. | *  1:22-CV-03449-ELR |
| | * |
| STATE FARM FIRE AND CASUALTY COMPANY, | * |
| | * |
| Defendant/Counterclaim Plaintiff. | * |

## SCHEDULING ORDER

Upon review of the information contained in the Joint Preliminary Report and Discovery Plan form completed and filed by the Parties [Doc. 12], the Court orders that the time limits for adding parties, amending the pleadings, filing motions, completing discovery, and discussing settlement are as set out in the Federal Rules of Civil Procedure and Local Rules of this Court. As such, this case remains on a four (4)-month discovery track, to conclude on February 27, 2023.

**SO ORDERED**, this 8th day of November, 2022.

*Eleanor L. Ross*

Eleanor L. Ross
United States District Judge
Northern District of Georgia