# IN THE UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | | |
|---|---|---|
| ANQOUS COSBY, | * | |
| | * | |
| Plaintiff, | * | |
| | * | |
| v. | * | 1:22-CV-03449-ELR |
| | * | |
| STATE FARM FIRE AND | * | |
| CASUALTY COMPANY, | * | |
| | * | |
| Defendant. | * | |
| | * | |

_____

# O R D E R
_____

**IT IS HEREBY ORDERED** that Anqous Cosby is allowed to bring the following equipment into the United States Courthouse on Thursday, July 13, 2023, for use during a 10:00 a.m. hearing in Courtroom 1708 in this case: his cell phone, laptop computer, and any accompanying chargers and cables.

Proper identification will be required upon entering the security station on the plaza or lower plaza level.  Any equipment shall be subject to inspection by the United States Marshal's Service.  This order shall be effective Thursday, July 13, 2023, at 8:30 a.m., and shall remain in force until the conclusion of the hearing.

**SO ORDERED**, this 12th day of July, 2023.

                                                */s/ Eleanor L. Ross*
                                          Eleanor L. Ross
                                          United States District Judge
                                          Northern District of Georgia